IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:06-cv-0296-GEB-KJM
          Plaintiff,           )
                               )
     v.                        )   ORDER RE:  SETTLEMENT
                               )   AND DISPOSITION
CHIPOTLE MEXICAN GRILL, INC.,  )
and DOES 1 through 10, inclusive, )
                               )
          Defendants.          )
                               )
```

        On May 22, 2006, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than June 12, 2006.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////

/////

/////

/////

1

1     The status conference scheduled for June 5, 2006, is reset
2 for hearing on August 28, 2006, in the event that no dispositional
3 document is filed, or if this action is not otherwise dismissed.
4 Further, a joint status report shall be filed fourteen days prior to
5 the status conference.[1]
6     IT IS SO ORDERED.
7 Dated:  May 23, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2